IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAHAKALI KRUPA, LLC** and **HINA PATEL,** | : : : : |
| Plaintiffs, | : : |
| v. | :  3:12-CV-00569 :  (JUDGE MARIANI) |
| **ALLSTATE INSURANCE CO.,** | : : : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 2ND DAY OF JULY, 2014**, in accordance with the Court's accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. 17) is **DENIED**.

                                               _____
                                               Robert D. Mariani
                                               United States District Judge